UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLETTE L. RIVERA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SCOTT W. BRAY, in his official capacity as Deputy Director of Naval Intelligence,<br><br>　　　　　　　　　　　　Defendant. | Case No.:  22cv1580-CAB-BGS<br><br>**ORDER DENYING MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS**<br><br>[Doc. No. 8] |

　　　　This matter comes before the court on Plaintiff's motion to proceed in forma pauperis ("IFP") on appeal.  [Doc. No. 8.]  For the following reasons, Plaintiff's motion is denied.

　　　　"An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015).  "Nonetheless, a plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty." *Id.* (internal quotation marks omitted).  According to her affidavit, Plaintiff is currently employed and has a gross monthly pay of $2,206.36 per month, while her expenses are only $1,669.00 per month. Further, the affidavit appears to indicate that Plaintiff intends to pay the filing

1   fee on appeal and merely filed this motion in an effort to delay that payment until she

2   receives her paycheck at the end of this month.  [Doc. No. 8 at 5.]  Based on the information

3   provided, the court is not persuaded that Plaintiff lacks the ability to pay the filing fee and

4   "still afford the necessities of life."  *Escobedo*, 787 F.3d at 1234.

5          In addition, Plaintiff's appeal is not taken in good faith pursuant to 28 U.S.C. §

6   1915(a)(3).  *See Gardner v. Pogue*, 558 F.2d 548, 550 (9th Cir. 1977) (noting that indigent

7   appellant is permitted to proceed in forma pauperis on appeal only if appeal would not be

8   frivolous).  Plaintiff's complaint is frivolous, and the exact nature of Plaintiff's appeal of

9   the dismissal of the complaint is not clear because she did not oppose Defendant's motion

10  to dismiss.  Thus, even if Plaintiff had demonstrated the requisite poverty to proceed IFP,

11  her motion would not be granted.

12         Accordingly, Plaintiff's motion to proceed IFP on appeal [Doc. No. 28] is **DENIED**.

13         It is **SO ORDERED.**

14  Dated:  January 23, 2023

15
                                        _____
16                                      Hon. Cathy Ann Bencivengo
                                        United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

2